UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

Eastern District of Kentucky
FILED
SEP 29 2021
AT FRANKFORT
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

UNITED STATES OF AMERICA

V.                                                  INFORMATION NO. 3:21-cr-19-01-GFVT

CRISTINA LEANNA COLON

\* \* \* \* \*

THE UNITED STATES ATTORNEY CHARGES:

## COUNT 1
## 18 U.S.C. § 922(a)(6)

On or about July 1, 2020, in Franklin County, in the Eastern District of Kentucky,

**CRISTINA LEANNA COLON,**

in connection with the acquisition of a firearm, to wit, a SCCY, Model CPX-1, Cal: 9mm, pistol, SN: 917518, from Dan's Discount Jewelry and Pawn, a federal licensed firearms dealer under Chapter 44, Title 18, United States Code, did knowingly make a false and fictitious written statement to said dealer, which statement was likely to deceive said dealer as to a fact material to the lawfulness of the sale of the firearm under Chapter 44, Title 18, in that **CRISTINA LEANNA COLON** represented that she was the true purchaser of the firearm when in fact she well knew that such statement was false and

that she was purchasing the firearm on behalf of another person, all in violation of 18 U.S.C. § 922(a)(6).

## COUNT 2
## 18 U.S.C. § 922(a)(6)

On or about August 10, 2020, in Franklin County, in the Eastern District of Kentucky,

**CRISTINA LEANNA COLON,**

in connection with the acquisition of two firearms, to wit, a Diamondback, Model DB9, Cal: 9mm, pistol, SN: YA0134, and a Taurus, Model PT111G2A, Cal: 9mm, SN: ABH763820, from Dan's Discount Jewelry and Pawn, a federal licensed firearms dealer under Chapter 44, Title 18, United States Code, did knowingly make a false and fictitious written statement to said dealer, which statement was likely to deceive said dealer as to a fact material to the lawfulness of the sale of the firearms under Chapter 44, Title 18, in that **CRISTINA LEANNA COLON** represented that she was the true purchaser of the firearms when in fact she well knew that such statement was false and that she was purchasing the firearms on behalf of another person, all in violation of 18 U.S.C. § 922(a)(6).

*for Carlt. S. Shier IV*
**CARLTON S. SHIER, IV**
**ACTING UNITED STATES ATTORNEY**

## PENALTIES

**COUNTS 1-2:**   Not more than 10 years imprisonment, not more than a $250,000 fine, and not more than 3 years supervised release.

**PLUS:**   Mandatory special assessment of $100.

**PLUS:**   Restitution, if applicable.